IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SITE 2020 INCORPORATED, | CV 21-63-M-DLC-KLD |
| Plaintiff, | |
| vs. | **ORDER** |
| SUPERIOR TRAFFIC SERVICES, LLC, | |
| Defendant. | |

Plaintiff moves for the admission of John S. Artz, Matthew J. Marquardt, and Priscilla Ghita to practice before this Court in this case with J.R. Casillas and Peter F. Lacny to act as local counsel. (Doc. 3.)  Mr. Artz's, Mr. Marquardt's, and Ms. Ghita's applications appear to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Mr. Artz, Mr. Marquardt, and Ms. Ghita pro hac vice is GRANTED on the condition that they shall do their own work.  This means that Mr. Artz, Mr. Marquardt, and Ms. Ghita must do their own writing, sign their own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Artz, Mr. Marquardt, and Ms. Ghita, within fifteen (15) days of the date of this Order, file a pleading acknowledging their admission under the terms set forth above.

DATED this 24th day of May, 2021.

Kathleen L. DeSoto
United States Magistrate Judge