IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SITE 2020 INCORPORATED,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUPERIOR TRAFFIC SERVICES, LLC,<br><br>　　　　　Defendant. | CV 21-63-M-DLC-KLD<br><br>**ORDER** |

　　　　Defendant moves for the admission of Andrew F. Halaby and Erik M. Bokar to practice before this Court in this case with Antoinette M. Tease to act as local counsel. Mr. Halaby and Mr. Bokar's applications appear to be in order.

　　　　Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Andrew F. Halaby and Erik M. Bokar pro hac vice is GRANTED on the condition that Mr. Halaby and Mr. Bokar shall do their own work. This means that Mr. Halaby and Mr. Bokar must do their own writing, sign their own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Halaby and Mr. Bokar, within fifteen (15) days of the date of this Order, each file a pleading acknowledging admission under the terms set forth above.

DATED this 15th day of June, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge