IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SITE 2020 INCORPORATED,<br><br>    Plaintiff,<br><br>vs.<br><br>SUPERIOR TRAFFIC SERVICES, LLC,<br><br>    Defendant. | CV 21-63-M-DLC-KLD<br><br>ORDER |
| SUPERIOR TRAFFIC SERVICES, LLC and SUPERIOR TRAFFIC SYSTEMS, LLC,<br><br>    Counterclaim-Plaintiffs,<br><br>vs.<br><br>SITE 2020 INCORPORATED,<br><br>    Counterclaim-Defendant. | |

    Counterclaim Plaintiffs Superior Traffic Services, LLC and Superior Traffic Systems, LLC (collectively "Superior Traffic") have moved for leave to file their unredacted brief and certain exhibits in support of their Motion for Leave to File Third Amended Counterclaims under seal pursuant to Local Rule 5.2 and the Protective Order in this case. Accordingly, and good cause appearing,

IT IS ORDERED that Superior Traffic's motion (Doc. 79) is GRANTED. The Clerk of Court is directed to modify the docket text to reflect that Superior Traffic's brief and exhibits, which were lodged under seal with the Court on April 14, 2022 (Doc. 80), are hereby filed under seal.

DATED this 6th day of May, 2022.

Kathleen L. DeSoto
United States Magistrate Judge