IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SITE 2020 INCORPORATED,<br><br>    Plaintiff,<br><br>vs.<br><br>SUPERIOR TRAFFIC SERVICES, LLC,<br><br>    Defendant. | CV 21-63-M-DLC-KLD<br><br>ORDER |
| SUPERIOR TRAFFIC SERVICES, LLC and SUPERIOR TRAFFIC SYSTEMS, LLC,<br><br>    Counterclaim-Plaintiffs,<br><br>vs.<br><br>SITE 2020 INCORPORATED,<br><br>    Counterclaim-Defendant. | |

    On May 17, 2022, the Court held a status conference in this case via Zoom. Plaintiff/Counterclaim-Defendant Site 2020 Incorporated ("Site 2020") was represented by John S. Artz, Jonathon Nikkila, and J.R. Casillas.

1

Defendants/Counterclaim-Plaintiffs Superior Traffic Services, LLC and Superior Traffic Systems, LLC (collectively "Superior Traffic") were represented by Andrew Halaby, Antoinette Tease, and Erik Bokar. As discussed during the status conference,

IT IS ORDERED that:

(1) Superior Traffic shall have 7 days from entry of this order to produce to Site 2020 all communications, including any that it has previously produced, relating to the December 8, 2021 Southwest Safety meeting. Superior Traffic shall sequentially Bates-stamp all of the documents that it produces.

(2) The parties shall have 14 days from entry of this order to take the depositions of Jeff Hollenback and Quinn Graham, and shall have up to and including June 17, 2022 within which to take the deposition of Mike Biggers. The scope of the inquiry at these depositions shall be limited to matters relating to the December 8, 2021 Southwest Safety meeting and attendant facts. These depositions shall be taken without prejudice to the parties' ability to conduct full depositions at a later date, if necessary.

(3) Superior Traffic's opening brief on its anticipated motion relating to the matters discussed at the status conference shall be due on or before July 8, 2022. Site 2020's response shall be due on or before July 22, 2022, and Superior Traffic's optional reply shall be due on or before July 29, 2022.

(4) All deadlines in the Scheduling Order entered on August 30, 2021 (Doc. 40) are hereby VACATED, to be reset at a later date. The Court's ruling on Superior Traffic's Motion for Leave to File Third Amended Counterclaims (Doc. 78) will be held in abeyance pending resolution of Superior Traffic's anticipated motion concerning the matters raised at the May 17, 2022 status conference.

DATED this 17th day of May, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge