IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SITE 2020 INCORPORATED, | CV 21-63-M-DLC-KLD |
| Plaintiff, | |
| vs. | ORDER |
| SUPERIOR TRAFFIC SERVICES, LLC, | |
| Defendant. | |
| SUPERIOR TRAFFIC SERVICES, LLC and SUPERIOR TRAFFIC SYSTEMS, LLC, | |
| Counterclaim-Plaintiffs, | |
| vs. | |
| SITE 2020 INCORPORATED, | |
| Counterclaim-Defendant. | |

Defendant-Counterclaimant Superior Traffic Services, LLC and Counterclaim Plaintiff Superior Traffic Systems, LLC (collectively "Superior Traffic") has filed an Unopposed Motion for Leave to File Under Seal Its Unredacted Brief and certain Exhibits in Support of Superior's Motion for Sanctions. (Doc. 100). Good cause appearing,

IT IS ORDERED that Superior Traffic's motion is GRANTED.

DATED this 12th day of July, 2022.

Kathleen L. DeSoto
United States Magistrate Judge