IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SITE 2020 INCORPORATED,<br><br>　　Plaintiff,<br><br>vs.<br><br>SUPERIOR TRAFFIC SERVICES, LLC,<br><br>　　Defendant. | CV 21-63-M-DLC-KLD<br><br><br>ORDER |
| SUPERIOR TRAFFIC SERVICES, LLC and SUPERIOR TRAFFIC SYSTEMS, LLC,<br><br>　　Counterclaim-Plaintiffs,<br><br>vs.<br><br>SITE 2020 INCORPORATED,<br><br>　　Counterclaim-Defendant. | |

　　Plaintiff and Counterclaim Defendant Site 2020 Incorporated has filed an unopposed motion for leave to file its unredacted brief and certain exhibits in support of its opposition to Defendants' Motion for Sanctions under seal pursuant to Local Rule 5.2 and the Protective Order in this case. Accordingly, and good cause appearing,

IT IS ORDERED that Site 2020's motion (Doc. 107) is GRANTED. The Clerk of Court is directed to modify the docket text to reflect that Site 2020's brief and exhibits, which were lodged under seal with the Court on July 22, 2022 (Doc. 108), are hereby filed under seal.

DATED this 25th day of July, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge