IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SITE 2020 INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR TRAFFIC SERVICES, LLC,<br><br>Defendant. | CV-21-63-M-DLC-KLD<br><br>ORDER |
| SUPERIOR TRAFFIC SERVICES, LLC, AND SUPERIOR TRAFFIC SYSTEMS, LLC,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>SITE 2020 INCORPORATED,<br><br>Counterclaim Defendant. | |

Upon stipulation of the parties relating to the December 13, 2022, hearing (the "Hearing") set by this Court on the sanctions motion (Doc. 98, the "Sanctions Motion") brought by Superior Traffic Services, LLC, and Superior Traffic Systems, LLC (collectively, "Superior") against Site 2020 Incorporated, and good cause appearing,

1

-2-

IT IS HEREBY ORDERED:

1. All exhibits previously submitted by any party in connection with the Sanctions Motion — *i.e.*, in or with Docs. 98 through 103-1, 105 through 109-28, and 111 through 111-4, inclusive — are admitted in evidence for purposes of the Hearing.

2. All declarations and deposition testimony submitted by any party in connection with the Sanctions Motion are admitted in evidence at the Hearing as though, and to the extent, the declarant or deponent were present and testifying at the Hearing.

3. Paragraphs 1 and 2 above apply solely to the Hearing on the Sanctions Motion. Nothing in this Order shall (a) limit the parties' ability to challenge the admissibility of any exhibit, testimony, or other evidence with respect to other issues and/or claims asserted in this matter, besides those asserted in the Sanctions Motion; (b) be construed to hold that the evidence addressed herein is admissible in connection with any future hearing, conference, or trial in this matter, apart from the Hearing; or (c) be construed to limit the parties' ability to object to the admissibility of any exhibit, testimony, or other evidence that is presented to support any

//

//

//

-3-

argument(s) other than those set forth in the parties' respective briefs previously filed in connection with the Sanctions Motion.

DATED this 23rd day of November, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge