IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SITE 2020 INCORPORATED,<br><br>    Plaintiff,<br><br>vs.<br><br>SUPERIOR TRAFFIC SERVICES, LLC,<br><br>    Defendant. | CV 21-63-M-DLC-KLD<br><br>ORDER |
| SUPERIOR TRAFFIC SERVICES, LLC and SUPERIOR TRAFFIC SYSTEMS, LLC,<br><br>    Counterclaim-Plaintiffs,<br><br>vs.<br><br>SITE 2020 INCORPORATED,<br><br>    Counterclaim-Defendant. | |

    Plaintiff and Counterclaim Defendant Site 2020 Incorporated has filed an unopposed motion for leave to file its Proposed Findings of Fact and Conclusions of Law and Exhibits 1 and 2 under seal. (Doc. 128). Site 2020 explains that portions of exhibits cited in the Proposed Findings have been designated as Protected Material by the parties under the Protective Order, and believes good

cause exists and sealing is appropriate because the information included therein is sensitive technical and business information. The Court finds Site 2020 has demonstrated good cause for filing its unredacted Proposed Findings of Fact and Conclusions of Law under seal, and for filing Exhibit 1 under seal. Accordingly, Site 2020's motion to file these documents under seal is GRANTED.

As to Exhibit 2, however, which is a transcript of the December 21, 2022 hearing on Superior's Motion for Sanctions (Doc. 98), Site 2020 has not demonstrated good cause for filing the entire transcript under seal. Site 2020 may cite the transcript (Doc. 124) in its Proposed Findings of Fact and Conclusions of Law without filing a copy as an exhibit. If Site 2020 would nevertheless like to file a copy of the transcript as an exhibit, it must redact only those portions that fall under the Protective Order entered in the case, and may file the redacted transcript as an exhibit to its Proposed Findings of Fact and Conclusions of Law.

IT IS SO ORDERED.

DATED this 31st day of January, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge