IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SITE 2020 INCORPORATED,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUPERIOR TRAFFIC SERVICES, LLC,<br><br>　　　　Defendant. | CV 21-63-M-DLC-KLD<br><br><br>ORDER |
| SUPERIOR TRAFFIC SERVICES, LLC and SUPERIOR TRAFFIC SYSTEMS, LLC,<br><br>　　　　Counterclaim-Plaintiffs,<br><br>vs.<br><br>SITE 2020 INCORPORATED,<br><br>　　　　Counterclaim-Defendant. | |

On September 8, 2023, the parties filed a joint status report regarding the matters discussed during the August 16, 2023, telephonic status conference. (Doc. 139. Having considered the parties' respective positions, and in the interest of

1

efficiency and judicial economy,

IT IS ORDERED that the following schedule shall govern Superior Traffic's anticipated motions to dismiss and for attorney fees:

| | |
|---|---|
| Deadline for Superior Traffic to file a Motion to Dismiss Counterclaims and a Motion for Attorney Fees as to Categories 1 and 2: | October 13, 2023 |
| Deadline for Site 2020 to file briefs in response to Superior Traffic's motions: | November 15, 2023 |
| Deadline for Superior Traffic to file reply briefs in support of its motions: | December 15, 2023 |

DATED this 12th day of September, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge