# EXHIBIT 28



# AIPLA 2021
## Report of the Economic Survey

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org



# Report of the Economic Survey 2021

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Arlene Neal, Chair

September 2021

Prepared by:



**10097 Tyler Court, Suite 3 ■ Ijamsville, Maryland 21754**
**TEL: (240) 268-1262 ■ ARI@associationresearch.com**

## AIPLA Law Practice Management 2021 Economic Survey Participants

**We would like to thank those who helped put together and review
this year's AIPLA Economic Survey:**

**Arlene Neal**: Neal Bilbo, LLC – Chair of LPM Committee

**Nicholas Camillo**: Finnegan – Vice Chair of LPM Committee

**Ryan Dean**: Umberg Zipser, LLP, Co-Chair – Economic Survey Subcommittee

**John Gorecki**: Anderson Gorecki, LLP, Co-Chair – Economic Survey Subcommittee

**Anthony Venturino**: Vorys Sater Seymour and Pease, LLP – Board Liaison

### Economic Survey Subcommittee Members:

**Ryan Dean**: Umberg Zipser, LLP – Co-Chair

**John Gorecki**: Anderson Gorecki, LLP – Co-Chair

| | |
|---|---|
| **Ashraf Abdul-Mohsen**: ARI | **Megan Kirkegaard**: ARI |
| **Kaitlin Drake**: AIPLA | **Meghan Donohoe**: AIPLA |

©2021 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

PROVIDED DIGITALLY TO MEMBERS COMPLIMENTARY
PRINTED COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $75 PER COPY FOR MEMBERS AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
1400 CRYSTAL DRIVE, SUITE 600
ARLINGTON VA 22202
(703) 415-0780
WWW.AIPLA.ORG

# Table of Contents

INTRODUCTION .................................................................................................................... 1

DATA COLLECTION ............................................................................................................. 1

CHANGES TO THE SURVEY ................................................................................................ 1

DESCRIPTION OF STATISTICS AND FORMATTING CONVENTIONS ...................... 2

RESPONDENT BACKGROUND ........................................................................................... 4

EFFECTS OF THE COVID-19 PANDEMIC ........................................................................ 12

IP BUDGET FOR CORPORATE PRACTITIONERS ....................................................... 14

INCOME RECEIVED IN 2020 AND PROJECTED FOR 2021, BILLING RATES, AND
BILLABLE HOURS ............................................................................................................... 16

SUMMARY OF SURVEY RESULTS BY PRACTICE TYPE ........................................... 20
    SOLO PRACTITIONER ................................................................................................ 20
    PRIVATE FIRM, EQUITY PARTNER ....................................................................... 23
    PRIVATE FIRM, PARTNER-TRACK ........................................................................ 27
    PRIVATE FIRM, NON-PARTNER TRACK .............................................................. 31
    PRIVATE FIRM, OF COUNSEL ................................................................................. 33
    HEAD OF CORPORATE IP DEPARTMENT ........................................................... 36
    CORPORATE IP DEPARTMENT, ATTORNEY ...................................................... 38
    PRIVATE FIRM, PATENT AGENT ............................................................................ 40

TYPICAL CHARGES FOR IP LAW SERVICES .............................................................. 42

TYPICAL TYPE OF FEE FOR IP LAW SERVICE CHARGES ..................................... 53

TYPICAL COSTS OF LITIGATION ................................................................................... 60

CHARACTERISTICS OF FIRMS ........................................................................................ 81
    NUMBER AND TYPE OF ATTORNEYS .................................................................. 81
    ASSOCIATE STARTING SALARY AND SUMMER MONTHLY PAY ................ 87
    PATENT AGENTS AND SUPPORT STAFF .............................................................. 90
    BILLING RATES AND PRACTICES .......................................................................... 95
    LIABILITY INSURANCE ............................................................................................. 99

STATISTICAL TABLES ......................................................................................... Appendix A
    INDIVIDUAL DATA ................................................................................... I-1 to I-230
    FIRM DATA ................................................................................................. F-1 to F-40

SURVEY INSTRUMENTS ...................................................................................... Appendix B

## STATISTICAL TABLES

**INDIVIDUAL DATA**
**All Respondents** ... I-1
  Background ... I-1
  Work remotely before COVID-19 (Q3a and Q3b) ... I-3
  Work remotely post-COVID-19 (Q4a and Q4b) ... I-6
  Work full-time (Q5) ... I-9
  Major field of academic study (Q11) ... I-9
  Total Gross Income for 2020 from your primary practice (Q13a) ... I-10
  Amount of year-end cash bonus (Q13b) ... I-10
  Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) ... I-11
  Expected total cash income for 2021 (Q15) ... I-11
  Full-time IP lawyers and patent agents at all locations (Q19) ... I-12
  Billable hours, Billing rate, Dollars billed (Q32, Q33, Q30) ... I-14
  Billing rate change in 2020 due to COVID-19 (Q34) ... I-14
  How billing rate changed due to COVID-19 (Q35) ... I-15
  Percentage of work billed at discounted hourly billing rate (Q36) ... I-15
  Percentage of work billed under alternative fee arrangement (Q37) ... I-15
  Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) ... I-16
  Average hours per week spent on business development (Q38) ... I-16

**Solo Practitioner** ... I-17
  Background Information ... I-17
  Total Gross Income for 2020 from your primary practice (Q13a) ... I-18
  Total Gross Income for 2020 by type of work (Q13a) ... I-19
  Amount of year-end cash bonus (Q13b) ... I-19
  Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) ... I-20
  Expected total cash income for 2021 (Q15) ... I-21
  Percent of time devoted to types of work, by Income Level (Q18) ... I-22
  Percent of time devoted to IP areas, by Income Level (Q16) ... I-22
  New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ... I-23
  Billable hours recorded in 2020 (Q32) ... I-24
  Average hourly billing rate in 2020 (Q33) ... I-25
  Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) ... I-26
  Dollar amount billed for legal services performed in 2020 (Q30) ... I-27

**Private Firm, Equity Partner** ... I-28
  Background Information ... I-28
  Total Gross Income for 2020 from your primary practice (Q13a) ... I-29
  Total Gross Income for 2020 by type of work (Q13a) ... I-30
  Amount of year-end cash bonus (Q13b) ... I-31
  Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) ... I-32
  Expected total cash income for 2021 (Q15) ... I-33
  Percent of time devoted to types of work, by Income Level (Q18) ... I-34
  Percent of time devoted to IP areas, by Income Level (Q16) ... I-34
  New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ... I-35
  Billable hours recorded in 2020 (Q32) ... I-36
  Average hourly billing rate in 2020 (Q33) ... I-37
  Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) ... I-38
  Dollar amount billed for legal services performed in 2020 (Q30) ... I-39

**Private Firm, Partner-Track Attorney** ... I-40
  Background Information ... I-40
  Total Gross Income for 2020 from your primary practice (Q13a) ... I-41
  Total Gross Income for 2020 by type of work (Q13a) ... I-42
  Amount of year-end cash bonus (Q13b) ... I-43
  Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) ... I-44
  Expected total cash income for 2021 (Q15) ... I-45
  Percent of time devoted to types of work, by Income Level (Q18) ... I-46
  Percent of time devoted to IP areas, by Income Level (Q16) ... I-46
  New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ... I-46

For the first 10 years of experience, total gross income for 2020 (Q13a) .................................................................................. I-47
Billable hours recorded in 2020 (Q32) ........................................................................................................................................... I-48
Average hourly billing rate in 2020 (Q33) ...................................................................................................................................... I-49
For the first 10 years of experience, billable hours recorded in 2020 (Q32) ............................................................................. I-50
For the first 10 years of experience, average hourly billing rate in 2020 (Q33) ....................................................................... I-50
Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) ........................................................... I-51
Dollar amount billed for legal services performed in 2020 (Q30) .............................................................................................. I-52

**Private Firm, Non-Partner Track Attorney** .................................................................................................................................. **I-53**
Background Information ................................................................................................................................................................... I-53
Total Gross Income for 2020 from your primary practice (Q13a) .............................................................................................. I-53
Total Gross Income for 2020 by type of work (Q13a) .................................................................................................................. I-54
Expected total cash income for 2021 (Q15) .................................................................................................................................. I-54
Percent of time devoted to types of work, by Income Level (Q18) ........................................................................................... I-54
Percent of time devoted to IP areas, by Income Level (Q16) ..................................................................................................... I-54
New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ................................................................... I-55
Billable hours recorded in 2020 (Q32) ........................................................................................................................................... I-55
Average hourly billing rate in 2020 (Q33) ...................................................................................................................................... I-55
Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) ........................................................... I-56
Dollar amount billed for legal services performed in 2020 (Q30) .............................................................................................. I-56

**Private Firm, Of Counsel** ................................................................................................................................................................ **I-57**
Background Information ................................................................................................................................................................... I-57
Total Gross Income for 2020 from your primary practice (Q13a) .............................................................................................. I-58
Total Gross Income for 2020 by type of work (Q13a) .................................................................................................................. I-58
Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) ........................................................... I-59
Expected total cash income for 2021 (Q15) .................................................................................................................................. I-59
Percent of time devoted to types of work, by Income Level (Q18) ........................................................................................... I-59
Percent of time devoted to IP areas, by Income Level (Q16) ..................................................................................................... I-60
New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ................................................................... I-60
Billable hours recorded in 2020 (Q32) ........................................................................................................................................... I-61
Average hourly billing rate in 2020 (Q33) ...................................................................................................................................... I-62
Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) ........................................................... I-63
Dollar amount billed for legal services performed in 2020 (Q30) .............................................................................................. I-64

**Corporate IP Department, Head** .................................................................................................................................................... **I-65**
Background Information ................................................................................................................................................................... I-65
Total Gross Income for 2020 from your primary practice (Q13a) .............................................................................................. I-66
Total Gross Income for 2020 by type of work (Q13a) .................................................................................................................. I-66
Total Gross Income for 2020 by Number of Subordinates (Q13a) ............................................................................................ I-67
Amount of year-end cash bonus (Q13b) ........................................................................................................................................ I-67
Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) ........................................................... I-68
Expected total cash income for 2021 (Q15) .................................................................................................................................. I-69
Percent of time devoted to types of work, by Income Level (Q18) ........................................................................................... I-69
Percent of time devoted to IP areas, by Income Level (Q16) ..................................................................................................... I-70
New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ................................................................... I-70
Direct and indirect reports (Q21) .................................................................................................................................................... I-70
Percent of activities handled by in-house counsel other than liaison with outside counsel, by Income Level (Q22) ..... I-71
Annual gross revenues for company for 2020 (Q23) ................................................................................................................... I-71
Annual IP budget for company for 2020 (Q24) ............................................................................................................................. I-72
Corporate IP budget per full-time IP lawyer or agent in 2020 (Q24) ........................................................................................ I-73
Percent of IP budget used for US prosecution and non-US prosecution (Q25) ...................................................................... I-74
Change in IP budget for company from 2019 to 2020 (Q26) ..................................................................................................... I-75
Reasons for change in corporate budget (Q27) ............................................................................................................................ I-76
Technology focus of company or business unit (Q28) ................................................................................................................ I-76
Percent of annual corporate IP budget devoted to types of work, by Income Level (Q29) .................................................. I-77
Percent of annual corporate IP budget devoted to types of work, by Technology Focus of Company (Q29) .................. I-77

**Corporate IP Department, Attorney** ............................................................................................................................................. **I-79**
Background ......................................................................................................................................................................................... I-79
Total Gross Income for 2020 from your primary practice (Q13a) .............................................................................................. I-80
Total Gross Income for 2020 by type of work (Q13a) .................................................................................................................. I-80

Total Gross Income for 2020 by Number of Subordinates (Q13a) ................................................................................ I-81
Amount of year-end cash bonus (Q13b) ........................................................................................................................ I-81
Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) ................................................... I-82
Expected total cash income for 2021 (Q15) .................................................................................................................. I-83
Percent of time devoted to types of work, by Income Level (Q18) .............................................................................. I-83
Percent of time devoted to IP areas, by Income Level (Q16) ........................................................................................ I-84
New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ........................................................ I-84
Direct and indirect reports (Q21) .................................................................................................................................. I-84
Technology focus of company or business unit (Q28) .................................................................................................. I-85

**Private Firm, Patent Agent** .............................................................................................................................................. **I-86**
Background ................................................................................................................................................................... I-86
Total Gross Income for 2020 from your primary practice (Q13a) ................................................................................ I-86
Total Gross Income for 2020 by type of work (Q13a) .................................................................................................. I-87
Amount of year-end cash bonus (Q13b) ........................................................................................................................ I-87
Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) ................................................... I-87
Expected total cash income for 2021 (Q15) .................................................................................................................. I-88
Percent of time devoted to types of work, by Income Level (Q18) .............................................................................. I-88
Percent of time devoted to IP areas, by Income Level (Q16) ........................................................................................ I-88
New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ........................................................ I-89
Billable hours recorded in 2020 (Q32) .......................................................................................................................... I-89
Average hourly billing rate in 2020 (Q33) .................................................................................................................... I-90
Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) ................................................ I-90

**Corporate IP Department, Patent Agent** ...................................................................................................................... **I-91**
Background ................................................................................................................................................................... I-91
Total Gross Income for 2020 from your primary practice (Q13a) ................................................................................ I-91

**Typical Charges** ................................................................................................................................................................ **I-92**
**Trademarks by Location**
Trademark Clearance Search, Analysis, and Opinion (Q39a) ....................................................................................... I-92
Trademark Registration Application (Preparation and Filing) (Q39b) ......................................................................... I-92
Trademark Prosecution (Total, including amendments and interviews but not appeals) (Q39c) ................................. I-92
Trademark Statement of Use (Preparation and Filing) (Q39d) ..................................................................................... I-93
Trademark Appeal to the Board (Briefed and Argued) (Q39e) ..................................................................................... I-93
Trademark Section 8 and 15 Declaration (Preparation and Filing) (Q39f) ................................................................... I-93
Trademark Renewal Application (Preparation and Filing) (Q39g) .............................................................................. I-94
Filing of Foreign Origin Trademark Registration Application Received Ready for Filing (Q39h) ............................ I-94
Filing for an International Trademark (Q39i) ............................................................................................................... I-94
Preparing a UDRP Petition (Q39j) ................................................................................................................................ I-95
Responding to a UDRP Petition (Q39k) ....................................................................................................................... I-95
Preparing and Filing Assignments or Other Formal Documents (Q39l) ...................................................................... I-95

**Trademarks by Type of Practice**
Trademark Clearance Search, Analysis, and Opinion (Q39a) ....................................................................................... I-96
Trademark Registration Application (Preparation and Filing) (Q39b) ......................................................................... I-96
Trademark Prosecution (Total, including amendments and interviews but not appeals) (Q39c) ................................. I-96
Trademark Statement of Use (Preparation and Filing) (Q39d) ..................................................................................... I-97
Trademark Appeal to the Board (Briefed and Argued) (Q39e) ..................................................................................... I-97
Trademark Section 8 and 15 Declaration (Preparation and Filing) (Q39f) ................................................................... I-97
Trademark Renewal Application (Preparation and Filing) (Q39g) .............................................................................. I-98
Filing of Foreign Origin Trademark Registration Application Received Ready for Filing (Q39h) ............................ I-98
Filing for an International Trademark (Q39i) ............................................................................................................... I-98
Preparing a UDRP Petition (Q39j) ................................................................................................................................ I-99
Responding to a UDRP Petition (Q39k) ....................................................................................................................... I-99
Preparing and Filing Assignments or Other Formal Documents (Q39l) ...................................................................... I-99

**US Utility Patents by Location**
Original (not divisional, continuation, or CIP) non-provisional utility patent application on invention of minimal
      complexity (Preparation and Filing) (Q40a) ....................................................................................................... I-100
Provisional Patent Application (Preparation and Filing) (Q40b) ................................................................................ I-100
Original utility application, relatively complex biotechnology/chemical (Preparation and Filing) (Q40c) ................ I-100

Original utility application, relatively complex electrical/computer (Preparation and Filing) (Q40d) ......................... I-101
Original utility application, relatively complex mechanical (Preparation and Filing) (Q40e)..................................... I-101
Patent application amendment/argument of minimal complexity (Preparation and Filing) (Q40f)............................. I-101
Patent application amendment/argument, relatively complex, biotechnology/chemical
    (Preparation and Filing) (Q40g).................................................................................................................... I-102
Patent application amendment/argument, relatively complex, electrical/computer (Preparation and Filing) (Q40h) ............... I-102
Patent application amendment/argument, relatively complex, mechanical (Preparation and Filing) (Q40i) ............................ I-102
Appeal to Board in utility patent application without oral argument (Q40j)............................................................... I-103
Appeal to Board in utility patent application with oral argument (Q40k) .................................................................. I-103
Issuing an allowed application (All post-allowance activity) (Q40l)............................................................................. I-103
Ex parte re-exam (Q40m)............................................................................................................................................ I-104
Paying a Maintenance Fee (Q40n)............................................................................................................................. I-104
Utility Patent Novelty Search, Analysis, and Opinion (Q40o) ................................................................................. I-104
Validity/Invalidity Only Opinion, per patent (Q40p) ............................................................................................... I-105
Infringement/Non-Infringement Only Opinion, per patent (Q40q)......................................................................... I-105
Combination Validity and Infringement, per patent (Q40r) .................................................................................... I-105
Preparing and filing Information Disclosure Statement (IDS), less than 50 references (Q40s).............................. I-106
Preparing and filing Information Disclosure Statement (IDS), more than 50 references (Q40t) ............................ I-106
Reference management (typical portfolio size) (Q40u)........................................................................................... I-106
Patent Term Adjustment calculation (Q40v) ............................................................................................................ I-107
Formalities, including preparing and filing formal declarations, assignments, and powers of attorney, responding to
    pre-examination notices, and preparing papers to make corrections (Q40w) ................................................ I-107
Preparing and filing formal drawings (Q40x)........................................................................................................... I-107
Preparing for and conducting examiner interview (Q40y)....................................................................................... I-108
Providing a continuation recommendation (including proposed claim strategy) (Q40z) ........................................ I-108

**US Utility Patents by Type of Practice**
Original (not divisional, continuation, or CIP) non-provisional utility patent application on invention of minimal
    complexity (Preparation and Filing) (Q40a)................................................................................................... I-109
Provisional Patent Application (Preparation and Filing) (Q40b) ............................................................................. I-109
Original utility application, relatively complex biotechnology/chemical (Preparation and Filing) (Q40c).................. I-109
Original utility application, relatively complex electrical/computer (Preparation and Filing) (Q40d) ......................... I-110
Original utility application, relatively complex mechanical (Preparation and Filing) (Q40e)..................................... I-110
Patent application amendment/argument of minimal complexity (Preparation and Filing) (Q40f)............................. I-110
Patent application amendment/argument, relatively complex, biotechnology/chemical
    (Preparation and Filing) (Q40g).................................................................................................................... I-111
Patent application amendment/argument, relatively complex, electrical/computer (Preparation and Filing) (Q40h) ............... I-111
Patent application amendment/argument, relatively complex, mechanical (Preparation and Filing) (Q40i) ............................ I-111
Appeal to Board in utility patent application without oral argument (Q40j)............................................................... I-112
Appeal to Board in utility patent application with oral argument (Q40k) .................................................................. I-112
Issuing an allowed application (All post-allowance activity) (Q40l)............................................................................. I-112
Ex parte re-exam (Q40m)............................................................................................................................................ I-113
Paying a Maintenance Fee (Q40n)............................................................................................................................. I-113
Utility Patent Novelty Search, Analysis, and Opinion (Q40o) ................................................................................. I-113
Validity/Invalidity Only Opinion, per patent (Q40p) ............................................................................................... I-114
Infringement/Non-Infringement Only Opinion, per patent (Q40q)......................................................................... I-114
Combination Validity and Infringement, per patent (Q40r) .................................................................................... I-114
Preparing and filing Information Disclosure Statement (IDS), less than 50 references (Q40s).............................. I-115
Preparing and filing Information Disclosure Statement (IDS), more than 50 references (Q40t) ............................ I-115
Reference management (typical portfolio size) (Q40u)........................................................................................... I-115
Patent Term Adjustment calculation (Q40v) ............................................................................................................ I-116
Formalities, including preparing and filing formal declarations, assignments, and powers of attorney, responding to
    pre-examination notices, and preparing papers to make corrections (Q40w) ................................................ I-116
Preparing and filing formal drawings (Q40x)........................................................................................................... I-116
Preparing for and conducting examiner interview (Q40y)....................................................................................... I-117
Providing a continuation recommendation (including proposed claim strategy) (Q40z) ........................................ I-117

**US Utility Patents of Foreign Origin by Location**
Filing foreign origin utility patent application in USPTO, received ready for filing with formal papers,
    assignment, and priority documents (Q41a) ................................................................................................... I-118
Filing non-PCT patent application abroad (per country, not including associate or government fees) (Q41b).......................... I-118
Filing previously prepared US patent application as PCT application in US Receiving Office (Q41c)........................... I-118

Entering National Stage in US Receiving Office from foreign origin PCT application (Q41d)..................................................... I-119
Entering National Stage in each foreign Receiving Office from US origin PCT application (Q41e) ............................................ I-119
Paying an annuity or maintenance fee (Q41f) ........................................................................................................................... I-119
Patent application amendment/argument of minimal complexity, where foreign counsel or the client
    provides detailed response instructions (Preparation and Filing) (Q41g)...................................................................... I-120
Patent application amendment/argument, relatively complex, biotechnology/chemical, where foreign
    counsel or the client provides detailed response instructions (Preparation and Filing) (Q41h).................................... I-120
Patent application amendment/argument, relatively complex, electrical computer, where foreign counsel
    or the client provides detailed response instructions (Preparation and Filing) (Q41i) ................................................. I-121
Patent application amendment/argument, relatively complex, mechanical, where foreign counsel or
    the client provides detailed response instructions (Preparation and Filing) (Q41j)...................................................... I-121

**US Utility Patents of Foreign Origin by Type of Practice**
Filing foreign origin utility patent application in USPTO, received ready for filing with formal papers,
    assignment, and priority documents (Q41a) ................................................................................................................. I-122
Filing non-PCT patent application abroad (per country, not including associate or government fees) (Q41b)............................ I-122
Filing previously prepared US patent application as PCT application in US Receiving Office (Q41c)........................................... I-122
Entering National Stage in US Receiving Office from foreign origin PCT application (Q41d)..................................................... I-123
Entering National Stage in each foreign Receiving Office from US origin PCT application (Q41e) ............................................ I-123
Paying an annuity or maintenance fee (Q41f) ........................................................................................................................... I-123
Patent application amendment/argument of minimal complexity, where foreign counsel or the client
    provides detailed response instructions (Preparation and Filing) (Q41g)...................................................................... I-124
Patent application amendment/argument, relatively complex, biotechnology/chemical, where foreign
    counsel or the client provides detailed response instructions (Preparation and Filing) (Q41h).................................... I-124
Patent application amendment/argument, relatively complex, electrical computer, where foreign counsel
    or the client provides detailed response instructions (Preparation and Filing) (Q41i) ................................................. I-124
Patent application amendment/argument, relatively complex, mechanical, where foreign counsel or
    the client provides detailed response instructions (Preparation and Filing) (Q41j)...................................................... I-125

**Filing US Applications Abroad**
Foreign country for providing charges in 2020 (Q42) ................................................................................................................ I-126

**Filing US Applications Abroad – Europe (EPO) by Location**
Filing US origin utility patent application in foreign office, received ready for filing with formal papers,
    assignment, and priority documents (Q42a) ................................................................................................................. I-127
Entering National Stage in foreign Receiving Office from US origin PCT application (Q42b)....................................................... I-127
Paying an annuity or maintenance fee (Q42c)............................................................................................................................ I-127
Patent application amendment/argument of minimal complexity, where US counsel or the client
    provides foreign counsel with detailed response instructions (Preparation and Filing) (Q42d).................................... I-128
Patent application amendment/argument, relatively complex, biotechnology/chemical, where US
    counsel or the client provides foreign counsel with detailed response instructions (Preparation and Filing) (Q42e) .. I-128
Patent application amendment/argument, relatively complex, electrical computer, where US counsel or the client
    provides foreign counsel with detailed response instructions (Preparation and Filing) (Q42f)..................................... I-129
Patent application amendment/argument, relatively complex, mechanical, where US counsel or the client provides
    foreign counsel with detailed response instructions (Preparation and Filing) (Q42g).................................................. I-129

**Filing US Applications Abroad – Europe (EPO) by Type of Practice**
Filing US origin utility patent application in foreign office, received ready for filing with formal papers,
    assignment, and priority documents (Q42a) ................................................................................................................. I-130
Entering National Stage in foreign Receiving Office from US origin PCT application (Q42b)....................................................... I-130
Paying an annuity or maintenance fee (Q42c)............................................................................................................................ I-130
Patent application amendment/argument of minimal complexity, where US counsel or the client
    provides foreign counsel with detailed response instructions (Preparation and Filing) (Q42d).................................... I-131
Patent application amendment/argument, relatively complex, biotechnology/chemical, where US
    counsel or the client provides foreign counsel with detailed response instructions (Preparation and Filing) (Q42e) .. I-131
Patent application amendment/argument, relatively complex, electrical computer, where US counsel or the client
    provides foreign counsel with detailed response instructions (Preparation and Filing) (Q42f)..................................... I-131
Patent application amendment/argument, relatively complex, mechanical, where US counsel or the client provides
    foreign counsel with detailed response instructions (Preparation and Filing) (Q42g).................................................. I-132
Surcharge to clients for handling invoices from foreign counsel (Q42H) ................................................................................... I-133
Percentage charged to clients for handling invoices from foreign counsel (Q42H2)................................................................. I-133

**Other US Patents and Copyrights by Location**
US design patent application (Preparation and Filing) (Q43a) ................................................................................ I-134
Formal drawings for design patent application (Q43b) ........................................................................................... I-134
Preparing and filing international design patent application under the Hague agreement (Q43c) .......................... I-134
Responding to Office action in design patent application (Q43d) .......................................................................... I-135
Copyright registration application (Preparation and Filing) (Q43f) ........................................................................ I-135

**Other US Patents and Copyrights by Type of Practice**
US design patent application (Preparation and Filing) (Q43a) ................................................................................ I-136
Formal drawings for design patent application (Q43b) ........................................................................................... I-136
Preparing and filing international design patent application under the Hague agreement (Q43c) .......................... I-136
Responding to Office action in design patent application (Q43d) .......................................................................... I-137
US plant patent application (Preparation and Filing) (Q43e) .................................................................................. I-137
Copyright registration application (Preparation and Filing) (Q43f) ........................................................................ I-137

**Transactional Work by Location**
Due Diligence (Q44a) .............................................................................................................................................. I-138
Preparing licenses, including negotiations (Q44b) .................................................................................................. I-138

**Transactional Work by Type of Practice**
Due Diligence (Q44a) .............................................................................................................................................. I-139
Preparing licenses, including negotiations (Q44b) .................................................................................................. I-139

**Type of Fee Primarily Used**
Trademarks (Q39a-l) ............................................................................................................................................... I-140
US Utility Patents (Q40a-z) .................................................................................................................................... I-141
US Utility Patents of Foreign Origin (Q41a-j) ........................................................................................................ I-142
Filing US Applications Abroad – Europe (EPO) (Q42a-g) ..................................................................................... I-143
Other US Patents and Copyrights (Q43a-f) ............................................................................................................. I-143
Transactional Work (Q44a-b) .................................................................................................................................. I-143

**Total Costs of Litigation** .................................................................................................................................... **I-144**
**Litigation-Patent Infringement, All Varieties by Location**
Less than $1M at risk– Initial case management (Q45Aa) ..................................................................................... I-144
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q45Ab) ................................... I-144
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ac) ................. I-144
Less than $1M at risk– Cost of mediation (Q45Ad) ............................................................................................... I-145
$1-$10M at risk– Initial case management (Q45Ae) .............................................................................................. I-145
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q45Af) ............................................ I-145
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ag) ......................... I-146
$1-$10M at risk– Cost of mediation (Q45Ah) ........................................................................................................ I-146
$10-$25M at risk– Initial case management (Q45Ai) ............................................................................................. I-146
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q45Aj) .......................................... I-147
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ak) ....................... I-147
$10-$25M at risk– Cost of mediation (Q45Al) ....................................................................................................... I-147
Greater than $25M at risk– Initial case management (Q45Am) ............................................................................. I-148
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q45An) ........................... I-148
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ao) ......... I-148
Greater than $25M at risk– Cost of mediation (Q45Ap) ........................................................................................ I-149

**Litigation-Patent Infringement, All Varieties by Type of Practice**
Less than $1M at risk– Initial case management (Q45Aa) ..................................................................................... I-150
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q45Ab) ................................... I-150
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ac) ................. I-150
Less than $1M at risk– Cost of mediation (Q45Ad) ............................................................................................... I-151
$1-$10M at risk– Initial case management (Q45Ae) .............................................................................................. I-151
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q45Af) ............................................ I-151
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ag) ......................... I-152
$1-$10M at risk– Cost of mediation (Q45Ah) ........................................................................................................ I-152
$10-$25M at risk– Initial case management (Q45Ai) ............................................................................................. I-152
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q45Aj) .......................................... I-153
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ak) ....................... I-153

$10-$25M at risk– Cost of mediation (Q45Al) .................................................................................................................. I-153
Greater than $25M at risk– Initial case management (Q45Am) ..................................................................................... I-154
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q45An)...................................... I-154
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ao) ................... I-154
Greater than $25M at risk– Cost of mediation (Q45Ap).................................................................................................. I-155

**Litigation-Patent Infringement, Hatch-Waxman Act by Type of Practice**
Less than $1M at risk– Initial case management (Q45Ba) ............................................................................................. I-156
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q45Bb) ........................................... I-156
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Bc)......................... I-156
Less than $1M at risk– Cost of mediation (Q45Bd)........................................................................................................ I-157
$1-$10M at risk– Initial case management (Q45Be)....................................................................................................... I-157
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q45Bf) ..................................................... I-157
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Bg) ................................. I-158
$1-$10M at risk– Cost of mediation (Q45Bh) ................................................................................................................. I-158
$10-$25M at risk– Initial case management (Q45Bi)...................................................................................................... I-158
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q45Bj) ................................................... I-159
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Bk) ............................... I-159
$10-$25M at risk– Cost of mediation (Q45Bl) ................................................................................................................ I-159
Greater than $25M at risk– Initial case management (Q45Bm) ..................................................................................... I-160
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q45Bn)..................................... I-160
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Bo)................... I-160
Greater than $25M at risk– Cost of mediation (Q45Bp).................................................................................................. I-161

**Litigation-Defending Claims of Patent Infringement by Non-Practicing Entity by Location**
Less than $1M at risk– Initial case management (Q45Ca) ............................................................................................. I-162
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q45Cb) ........................................... I-162
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Cc)......................... I-162
Less than $1M at risk– Cost of mediation (Q45Cd)........................................................................................................ I-163
$1-$10M at risk– Initial case management (Q45Ce)....................................................................................................... I-163
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q45Cf) ..................................................... I-163
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Cg) ................................. I-164
$1-$10M at risk– Cost of mediation (Q45Ch) ................................................................................................................. I-164
$10-$25M at risk– Initial case management (Q45Ci)...................................................................................................... I-164
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q45Cj) ................................................... I-165
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ck) ............................... I-165
$10-$25M at risk– Cost of mediation (Q45Cl) ................................................................................................................ I-165
Greater than $25M at risk– Initial case management (Q45Cm) ..................................................................................... I-166
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q45Cn)..................................... I-166
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Co)................... I-166
Greater than $25M at risk– Cost of mediation (Q45Cp).................................................................................................. I-167

**Litigation-Defending Claims of Patent Infringement by Non-Practicing Entity by Type of Practice**
Less than $1M at risk– Initial case management (Q45Ca) ............................................................................................. I-168
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q45Cb) ........................................... I-168
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Cc)......................... I-168
Less than $1M at risk– Cost of mediation (Q45Cd)........................................................................................................ I-169
$1-$10M at risk– Initial case management (Q45Ce)....................................................................................................... I-169
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q45Cf) ..................................................... I-169
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Cg) ................................. I-170
$1-$10M at risk– Cost of mediation (Q45Ch) ................................................................................................................. I-170
$10-$25M at risk– Initial case management (Q45Ci)...................................................................................................... I-170
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q45Cj) ................................................... I-171
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ck) ............................... I-171
$10-$25M at risk– Cost of mediation (Q45Cl) ................................................................................................................ I-171
Greater than $25M at risk– Initial case management (Q45Cm) ..................................................................................... I-172
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q45Cn)..................................... I-172
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Co)................... I-172
Greater than $25M at risk– Cost of mediation (Q45Cp).................................................................................................. I-173

**Litigation-Section 337 Patent Infringement by Type of Practice**
Less than $1M at risk– Initial case management (Q45Da)................................................................................................ I-174

Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q45Db) .......................................... I-174
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Dc) ....................... I-174
Less than $1M at risk– Cost of mediation (Q45Dd) ................................................................................................. I-175
$1-$10M at risk– Initial case management (Q45De) ............................................................................................... I-175
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q45Df) ................................................ I-175
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Dg) .............................. I-176
$1-$10M at risk– Cost of mediation (Q45Dh) .......................................................................................................... I-176
$10-$25M at risk– Initial case management (Q45Di) .............................................................................................. I-176
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q45Dj) .............................................. I-177
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Dk) ............................ I-177
$10-$25M at risk– Cost of mediation (Q45Dl) ......................................................................................................... I-177
Greater than $25M at risk– Initial case management (Q45Dm) ............................................................................... I-178
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q45Dn) ............................... I-178
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Do) .............. I-178
Greater than $25M at risk– Cost of mediation (Q45Dp) .......................................................................................... I-179

**Patent Infringement**
Correlation between the amount at risk and the overall attorney hours required to litigate (Q45E) .......................... I-180
Total cost of asserting compared to total cost of defending (Q45F) .......................................................................... I-180
Cost of asserting as percent of cost of defending (Q45Fx) ....................................................................................... I-181

**Post-Grant Proceedings: PGR/IPR – Life Sciences by Type of Practice**
Through filing petition (Q46Ai) ................................................................................................................................ I-182
Through end of motion practice (Q46Aii) ................................................................................................................ I-182
Through PTAB hearing (Q46Aiii) ............................................................................................................................ I-182
Through appeal (Q46Aiv) ......................................................................................................................................... I-183

**Post-Grant Proceedings: PGR/IPR – Electrical/Computer by Location**
Through filing petition (Q46Ai) ................................................................................................................................ I-184
Through end of motion practice (Q46Aii) ................................................................................................................ I-184
Through PTAB hearing (Q46Aiii) ............................................................................................................................ I-184
Through appeal (Q46Aiv) ......................................................................................................................................... I-185

**Post-Grant Proceedings: PGR/IPR – Electrical/Computer by Type of Practice**
Through filing petition (Q46Ai) ................................................................................................................................ I-186
Through end of motion practice (Q46Aii) ................................................................................................................ I-186
Through PTAB hearing (Q46Aiii) ............................................................................................................................ I-186
Through appeal (Q46Aiv) ......................................................................................................................................... I-187

**Post-Grant Proceedings: PGR/IPR – Mechanical by Location**
Through filing petition (Q46Ai) ................................................................................................................................ I-188
Through end of motion practice (Q46Aii) ................................................................................................................ I-188
Through PTAB hearing (Q46Aiii) ............................................................................................................................ I-188
Through appeal (Q46Aiv) ......................................................................................................................................... I-189

**Post-Grant Proceedings: PGR/IPR – Mechanical by Type of Practice**
Through filing petition (Q46Ai) ................................................................................................................................ I-190
Through end of motion practice (Q46Aii) ................................................................................................................ I-190
Through PTAB hearing (Q46Aiii) ............................................................................................................................ I-190
Through appeal (Q46Aiv) ......................................................................................................................................... I-191

**Post-Grant Proceedings**
Total cost of filing a petition compared to total cost of defending (Q46B) ............................................................... I-192
Cost of filing as percent of cost of defending (Q46Bx) ............................................................................................ I-192

**Litigation-Trademark Infringement by Location**
Less than $1M at risk– Initial case management (Q47Aa) ....................................................................................... I-193
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q47Ab) ..................................... I-193
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ac) ..................... I-193
Less than $1M at risk– Cost of mediation (Q47Ad) ................................................................................................. I-194
$1-$10M at risk– Initial case management (Q47Ae) ............................................................................................... I-194
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q47Af) ............................................... I-194

$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ag) ................................................. I-195
$1-$10M at risk– Cost of mediation (Q47Ah) ................................................................................................................ I-195
$10-$25M at risk– Initial case management (Q47Ai) ..................................................................................................... I-195
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q47Aj) ........................................................ I-196
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ak) ..................................... I-196
$10-$25M at risk– Cost of mediation (Q47Al) ................................................................................................................ I-196
Greater than $25M at risk– Initial case management (Q47Am) ..................................................................................... I-197
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q47An) ....................................... I-197
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ao) .................... I-197

**Litigation-Trademark Infringement by Type of Practice**
Less than $1M at risk– Initial case management (Q47Aa) ............................................................................................. I-198
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q47Ab) ............................................. I-198
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ac) ......................... I-198
Less than $1M at risk– Cost of mediation (Q47Ad) ........................................................................................................ I-199
$1-$10M at risk– Initial case management (Q47Ae) ..................................................................................................... I-199
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q47Af) ....................................................... I-199
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ag) ................................. I-200
$1-$10M at risk– Cost of mediation (Q47Ah) ................................................................................................................ I-200
$10-$25M at risk– Initial case management (Q47Ai) ..................................................................................................... I-200
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q47Aj) ........................................................ I-201
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ak) ..................................... I-201
$10-$25M at risk– Cost of mediation (Q47Al) ................................................................................................................ I-201
Greater than $25M at risk– Initial case management (Q47Am) ..................................................................................... I-202
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q47An) ....................................... I-202
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ao) .................... I-202
Greater than $25M at risk– Cost of mediation (Q47Ap) ................................................................................................. I-203

**Trademark Infringement**
Correlation between the amount at risk and the overall attorney hours required to litigate (Q47B) ......................... I-204
Total cost of asserting compared to total cost of defending (Q47C) ............................................................................. I-204
Cost of asserting as percent of cost of defending (Q47Cx) ............................................................................................ I-205

**Litigation-Trademark Opposition/Cancellation by Location**
Through filing petition (Q48i) ........................................................................................................................................ I-206
End of Discovery (Q48ii) ................................................................................................................................................ I-206
Inclusive, all costs (Q48iii) .............................................................................................................................................. I-206

**Litigation-Trademark Opposition/Cancellation by Type of Practice**
Through filing petition (Q48i) ........................................................................................................................................ I-207
End of Discovery (Q48ii) ................................................................................................................................................ I-207
Inclusive, all costs (Q48iii) .............................................................................................................................................. I-207

**Litigation-Copyright Infringement by Location**
Less than $1M at risk– Initial case management (Q49Aa) ............................................................................................. I-208
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q49Ab) ............................................. I-208
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ac) ......................... I-208
Less than $1M at risk– Cost of mediation (Q49Ad) ........................................................................................................ I-209

**Litigation-Copyright Infringement by Type of Practice**
Less than $1M at risk– Initial case management (Q49Aa) ............................................................................................. I-210
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q49Ab) ............................................. I-210
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ac) ......................... I-210
Less than $1M at risk– Cost of mediation (Q49Ad) ........................................................................................................ I-211
$1-$10M at risk– Initial case management (Q49Ae) ..................................................................................................... I-211
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q49Af) ....................................................... I-211
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ag) ................................. I-212
$1-$10M at risk– Cost of mediation (Q49Ah) ................................................................................................................ I-212
$10-$25M at risk– Initial case management (Q49Ai) ..................................................................................................... I-212
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q49Aj) ........................................................ I-213
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ak) ..................................... I-213
$10-$25M at risk– Cost of mediation (Q49Al) ................................................................................................................ I-213

Greater than $25M at risk– Initial case management (Q49Am) .................................................................................... I-214
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q49An)................................... I-214
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ao) ................ I-214
Greater than $25M at risk– Cost of mediation (Q49Ap).................................................................................................. I-215

**Copyright Infringement**
Correlation between the amount at risk and the overall attorney hours required to litigate (Q49B)......................... I-216
Total cost of asserting compared to total cost of defending (Q49C) ............................................................................ I-216
Cost of asserting as percent of cost of defending (Q49Cx) ............................................................................................ I-217

**Litigation-Trade Secret Misappropriation by Location**
Less than $1M at risk– Initial case management (Q50Aa).............................................................................................. I-218
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q50Ab) .......................................... I-218
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ac) ....................... I-218
Less than $1M at risk– Cost of mediation (Q50Ad) ......................................................................................................... I-219
$1-$10M at risk– Initial case management (Q50Ae) ....................................................................................................... I-219
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q50Af)..................................................... I-219
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ag) ................................. I-220
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ak) ............................... I-220

**Litigation-Trade Secret Misappropriation by Type of Practice**
Less than $1M at risk– Initial case management (Q50Aa).............................................................................................. I-221
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q50Ab) .......................................... I-221
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ac) ....................... I-221
Less than $1M at risk– Cost of mediation (Q50Ad) ......................................................................................................... I-222
$1-$10M at risk– Initial case management (Q50Ae) ....................................................................................................... I-222
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q50Af)..................................................... I-222
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ag) ................................. I-223
$1-$10M at risk– Cost of mediation (Q50Ah) ................................................................................................................... I-223
$10-$25M at risk– Initial case management (Q50Ai)...................................................................................................... I-223
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q50Aj) .................................................. I-224
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ak) ............................... I-224
$10-$25M at risk– Cost of mediation (Q50Al) .................................................................................................................. I-224
Greater than $25M at risk– Initial case management (Q50Am).................................................................................... I-225
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q50An)................................... I-225
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ao) ................ I-225
Greater than $25M at risk– Cost of mediation (Q50Ap).................................................................................................. I-226

**Trade Secret Misappropriation**
Correlation between the amount at risk and the overall attorney hours required to litigate (Q50B)......................... I-227
Total cost of asserting compared to total cost of defending (Q50C) ............................................................................ I-227
Cost of asserting as percent of cost of defending (Q50Cx) ............................................................................................ I-228

**Mediation/Arbitration**
Total cost of resolving dispute through arbitration compared to resolving dispute through litigation (Q51).............. I-229
Cost of arbitration as percent of cost of litigation (Q51x) .............................................................................................. I-229
Frequency mediation/arbitration initiated in 2020 (Q52) ............................................................................................... I-230

**FIRM DATA**
Background .........................................................................................................................................................................F-1
Position of the person responding on behalf of the firm (Q1).........................................................................................F-2
Number of office locations in 2020 by size of firm (Q3) ..................................................................................................F-2
Firm has plan to close any major office locations in 2021 or 2022 (Q4) .......................................................................F-3
Changes to amount of office space leased or owned due to COVID related changes in workplace (Q5)....................F-4
Percentage of employees working remotely (Q6a-c) .......................................................................................................F-5
Number of attorneys in the firm in 2020 by size of firm (Q8).........................................................................................F-6
Number of attorneys whose practice is primarily IP in the firm in 2020 by size of firm (Q9) .....................................F-7
Number of agents and assistants involved primarily in the IP practice of the firm in 2020 by size of firm (Q9) .......F-8
Services that were outsourced in 2020 (Q10)...................................................................................................................F-8
Number of professionals whose practice is primarily IP law who joined the firm in 2020 by size of firm (Q11).........F-9
Percentage of attorneys hired through a recruiter (head hunter) by size of firm (Q12) .............................................F-10
Average fee paid to recruiter as a % of salary by size of firm (Q13) .............................................................................F-10

Number of professionals whose practice is primarily IP law who left the firm (including retired) in 2020 by size of firm (Q14)...F-11
Number of attorneys and agents, by gender and size of firm, whose practice is primarily IP law in the firm in 2020 (Q15).........F-12
Number of attorneys and agents, by ethnicity and size of firm, whose practice is primarily IP law in the firm in 2020 (Q16) ......F-13
Distribution of non-billable support staff devoted primarily to the support of the IP practice by size of firm in 2020 (Q17)........F-14
Number of non-billable support staff devoted primarily to the support of the IP practice by size of firm in 2020 (Q17)..............F-14
Number of non-billable support staff per IP attorney by size of firm (Q17)................................................................F-14
COVID-19 pandemic impact on firm's 2020 summer associates' program (Q18).................................................................F-15
Number of summer associates devoted primarily to IP law by size of firm in 2019 (Q19A-C) ......................................F-16
Number of summer associates devoted primarily to IP law by size of firm in 2020 (Q19A-C) ......................................F-16
Monthly pay for summer associates by size of firm (Q20) ................................................................................F-17
Number of summer associates expected (Q21)................................................................................................F-17
Percent of firm's billings in IP law by size of firm (Q22-Q23)................................................................................F-17
Allocation of firm's IP billings by size of firm and by type of work (Q24) .............................................................F-18
Allocation of firm's IP billings, by size of firm and by type of work, where IP law is 75% or more of practice (Q24) .....................F-19
Allocation of firm's IP billings, by size of firm and by type of work, where IP law is less than 75% of practice (Q24)...................F-20
Total 2020 billings for professional legal services (Q25)....................................................................................F-21
Total 2020 billings per attorney (Q25)..........................................................................................................F-22
Firm collections, billings, overhead, percent change in billings, and percent change in revenue (Q26-Q29) ................F-23
Minimum and maximum 2020 attorney billing rates for non-IP work (Q30a-Q30b)..........................................................F-24
Average billing rate for non-IP work (Q30c) ................................................................................................F-25
Minimum and maximum 2020 attorney billing rates for IP work (Q31a-Q31b) ................................................................F-26
Average billing rate for IP work (Q31c)........................................................................................................F-27
Current starting salary for a first-year associate (Q32)......................................................................................F-28
Average salary for a patent agent (Q33)......................................................................................................F-29
Tuition reimbursement and loan forgiveness for patent agents or assistants attending law school (Q34) ...................F-30
Liability insurance coverage and deductible in 2020 by size of firm (Q35-Q36)......................................................F-31
Liability insurance cost per attorney in 2020 (Q37)..........................................................................................F-32
Number of liability claims for IP matters made in the last five years (Q38) .........................................................F-32
Number of liability claims for IP matters made per attorney in the last five years (Q38) .......................................F-33
Number of liability claims for IP matters made per IP professional in the last five years (Q38).......................................F-33
Number of liability claims for IP matters made per IP attorney in the last five years (Q38) .....................................F-33
Professional liability insurance underwriters used by firms (Q39) ...................................................................F-34
Liability insurance cost per attorney in 2020 by insurance underwriter (Q39) ................................................F-36
Amount spent on outside providers of attorney training and external attorney training programs
    as a percentage of gross revenue in 2020 (Q40) ................................................................................F-36
Firm provides formal training to attorneys (Q41)............................................................................................F-37
Firm has marketing department or dedicated marketing personnel on staff (Q42)................................................F-38
Marketing budget as a percentage of gross revenue in 2020 (Q43)................................................................F-39
Allocation of firm's annual marketing budget by size of firm (Q44) ................................................................F-39
Associates get "billable hour" credit toward their billing requirement for time spent marketing and participating
    in bar associations or professional organizations (Q45) ................................................................F-40

## Average hourly billing rate in 2020 (Q33)

*Private Firm, Equity Partner*

| | | Average hourly billing rate in 2020 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 253 | $558 | $344 | $400 | $500 | $650 | $887 |
| Years of IP Law Attorney Experience | 7-9 | 7 | $372 | ISD | $290 | $375 | $401 | ISD |
| | 10-14 | 31 | $545 | $341 | $395 | $480 | $625 | $889 |
| | 15-24 | 89 | $532 | $340 | $398 | $495 | $614 | $757 |
| | 25-34 | 82 | $577 | $377 | $424 | $530 | $680 | $899 |
| | 35 or More | 36 | $648 | $340 | $450 | $593 | $855 | $1,100 |
| Location | Boston CMSA | 6 | $637 | ISD | $464 | $600 | $831 | ISD |
| | NYC CMSA | 19 | $712 | $400 | $500 | $600 | $980 | $1,150 |
| | Philadelphia CMSA | 6 | $726 | ISD | $528 | $700 | $861 | ISD |
| | Washington, DC CMSA | 31 | $633 | $400 | $460 | $525 | $847 | $962 |
| | Other East | 12 | $523 | $315 | $385 | $488 | $528 | $1,046 |
| | Metro Southeast | 15 | $564 | $358 | $375 | $500 | $590 | $1,026 |
| | Other Southeast | 5 | $453 | ISD | $368 | $410 | $559 | ISD |
| | Chicago CMSA | 10 | $586 | $329 | $469 | $640 | $700 | $736 |
| | Minne.-St. Paul PMSA | 19 | $530 | $295 | $360 | $500 | $675 | $875 |
| | Other Central | 56 | $453 | $300 | $368 | $415 | $544 | $665 |
| | Texas | 23 | $549 | $339 | $415 | $498 | $700 | $900 |
| | Los Angeles CMSA | 14 | $657 | $372 | $443 | $613 | $780 | $1,200 |
| | San Francisco CMSA | 5 | $665 | ISD | $463 | $595 | $903 | ISD |
| | Other West | 32 | $513 | $308 | $356 | $470 | $613 | $787 |
| IP Technical Specialization (>=50%) | Biotechnology | 10 | $569 | $400 | $402 | $473 | $700 | $1,015 |
| | Chemical | 7 | $430 | ISD | $350 | $450 | $500 | ISD |
| | Computer Software | 27 | $546 | $320 | $375 | $450 | $560 | $1,004 |
| | Electrical | 21 | $603 | $302 | $398 | $498 | $838 | $1,073 |
| | Mechanical | 51 | $492 | $342 | $380 | $460 | $560 | $700 |
| | Medical/ Health Care | 15 | $541 | $298 | $400 | $600 | $685 | $702 |
| | Other areas | 4 | $481 | ISD | $406 | $463 | $575 | ISD |
| Age | Younger than 35 | 4 | $364 | ISD | $305 | $376 | $412 | ISD |
| | 35-39 | 13 | $498 | $366 | $385 | $425 | $553 | $900 |
| | 40-44 | 32 | $513 | $297 | $375 | $450 | $634 | $831 |
| | 45-49 | 29 | $616 | $350 | $400 | $520 | $750 | $1,100 |
| | 50-54 | 48 | $517 | $349 | $400 | $475 | $594 | $710 |
| | 55-59 | 57 | $546 | $350 | $400 | $500 | $617 | $806 |
| | 60 or Older | 64 | $614 | $308 | $429 | $528 | $748 | $1,100 |
| Gender | Male | 208 | $563 | $350 | $400 | $500 | $650 | $903 |
| | Female | 32 | $510 | $340 | $381 | $450 | $583 | $735 |
| | Prefer not to respond | 6 | $500 | ISD | $375 | $475 | $638 | ISD |
| Highest Non-Law Degree | Bachelor's Degree | 187 | $563 | $350 | $401 | $500 | $650 | $879 |
| | Master's Degree | 44 | $571 | $300 | $400 | $525 | $700 | $933 |
| | Doctorate Degree | 21 | $489 | $261 | $360 | $460 | $613 | $748 |
| Ethnicity | White/Caucasian | 200 | $548 | $350 | $400 | $500 | $642 | $873 |
| | Black/African American | 3 | $463 | ISD | ISD | $400 | ISD | ISD |
| | Hispanic/Latino | 4 | $570 | ISD | $424 | $558 | $729 | ISD |
| | Asian/Pacific Islander | 14 | $578 | $340 | $400 | $625 | $716 | $776 |
| | Blended | 4 | $681 | ISD | $469 | $600 | $975 | ISD |
| | Prefer not to respond | 19 | $612 | $300 | $400 | $510 | $750 | $1,250 |
| | Other | 3 | $412 | ISD | ISD | $350 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $406 | $284 | $353 | $400 | $500 | $530 |
| | 3-5 | 29 | $441 | $340 | $383 | $420 | $483 | $625 |
| | 6-10 | 28 | $486 | $323 | $400 | $463 | $569 | $713 |
| | 11-25 | 57 | $508 | $340 | $380 | $435 | $598 | $750 |
| | 26-50 | 33 | $585 | $329 | $435 | $525 | $685 | $1,016 |
| | 51-100 | 47 | $686 | $415 | $520 | $600 | $850 | $1,100 |
| | 101-150 | 17 | $606 | $347 | $498 | $600 | $693 | $860 |
| | More than 150 | 15 | $822 | $441 | $560 | $795 | $1,100 | $1,240 |

## Average hourly billing rate in 2020 (Q33)

*Private Firm, Partner-Track Attorney*

| | | | | Average hourly billing rate in 2020 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 74 | $432 | $275 | $320 | $390 | $500 | $650 |
| Years of IP Law Attorney Experience | Fewer than 5 | 13 | $375 | $233 | $263 | $340 | $443 | $676 |
| | 5-6 | 6 | $338 | ISD | $267 | $308 | $421 | ISD |
| | 7-9 | 20 | $446 | $287 | $329 | $390 | $515 | $738 |
| | 10-14 | 19 | $490 | $300 | $320 | $425 | $550 | $950 |
| | 15-24 | 12 | $412 | $308 | $335 | $385 | $450 | $599 |
| Location | Boston CMSA | 6 | $540 | ISD | $366 | $508 | $728 | ISD |
| | NYC CMSA | 3 | $717 | ISD | ISD | $755 | ISD | ISD |
| | Philadelphia CMSA | 3 | $482 | ISD | ISD | $515 | ISD | ISD |
| | Washington, DC CMSA | 11 | $424 | $260 | $320 | $421 | $500 | $584 |
| | Other East | 4 | $325 | ISD | $284 | $320 | $371 | ISD |
| | Metro Southeast | 4 | $413 | ISD | $366 | $410 | $461 | ISD |
| | Other Southeast | 5 | $399 | ISD | $311 | $400 | $488 | ISD |
| | Minne.-St. Paul PMSA | 7 | $354 | ISD | $285 | $340 | $360 | ISD |
| | Other Central | 9 | $324 | ISD | $288 | $325 | $373 | ISD |
| | Texas | 6 | $486 | ISD | $354 | $450 | $593 | ISD |
| | San Francisco CMSA | 3 | $737 | ISD | ISD | $910 | ISD | ISD |
| | Other West | 10 | $376 | $227 | $267 | $350 | $508 | $547 |
| IP Technical Specialization (>=50%) | Chemical | 4 | $384 | ISD | $284 | $405 | $463 | ISD |
| | Computer Software | 13 | $419 | $240 | $315 | $450 | $503 | $624 |
| | Electrical | 7 | $458 | ISD | $300 | $365 | $595 | ISD |
| | Mechanical | 13 | $422 | $260 | $305 | $360 | $500 | $816 |
| | Pharmaceutical | 4 | $449 | ISD | $273 | $368 | $706 | ISD |
| Age | Younger than 35 | 13 | $381 | $243 | $263 | $325 | $450 | $684 |
| | 35-39 | 22 | $422 | $240 | $296 | $365 | $456 | $847 |
| | 40-44 | 14 | $546 | $358 | $399 | $488 | $653 | $905 |
| | 45-49 | 12 | $390 | $268 | $320 | $363 | $488 | $514 |
| | 50-54 | 6 | $414 | ISD | $330 | $405 | $511 | ISD |
| | 55-59 | 4 | $397 | ISD | $316 | $393 | $480 | ISD |
| Gender | Male | 57 | $450 | $289 | $335 | $400 | $513 | $711 |
| | Female | 16 | $373 | $218 | $256 | $330 | $414 | $641 |
| Highest Non-Law Degree | Bachelor's Degree | 41 | $433 | $275 | $309 | $395 | $500 | $724 |
| | Master's Degree | 15 | $428 | $247 | $310 | $377 | $510 | $784 |
| | Doctorate Degree | 17 | $434 | $290 | $333 | $400 | $515 | $638 |
| Ethnicity | White/Caucasian | 56 | $419 | $275 | $325 | $383 | $494 | $590 |
| | Black/African American | 3 | $497 | ISD | ISD | $400 | ISD | ISD |
| | Asian/Pacific Islander | 10 | $520 | $300 | $319 | $463 | $674 | $946 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 3 | $265 | ISD | ISD | $275 | ISD | ISD |
| | 3-5 | 5 | $377 | ISD | $293 | $375 | $463 | ISD |
| | 6-10 | 3 | $350 | ISD | ISD | $375 | ISD | ISD |
| | 11-25 | 20 | $377 | $254 | $305 | $364 | $444 | $510 |
| | 26-50 | 12 | $397 | $256 | $300 | $363 | $408 | $808 |
| | 51-100 | 14 | $496 | $275 | $355 | $483 | $546 | $863 |
| | 101-150 | 7 | $428 | ISD | $340 | $380 | $400 | ISD |
| | More than 150 | 7 | $640 | ISD | $500 | $585 | $810 | ISD |