UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SITE 2020 INCORPORATED,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>SUPERIOR TRAFFIC SERVICES, LLC, AND SUPERIOR TRAFFIC SYSTEMS, LLC,<br><br>    Defendants/Counterclaim Plaintiffs. | Case No. CV-21-063-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  **    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Court's order dated May 1, 2025 (Doc. 172).

   Dated this 1st day of May, 2025.

                             TYLER P. GILMAN, CLERK

                             By: /s/ Sarah Nagy
                             Sarah Nagy, Deputy Clerk